JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL WAYNE SHAW, <br><br> Defendant. | **INDICTMENT** <br><br> VIOLATION: <br> Count I: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm. <br><br> Case: 4:20-cr-00012 <br> Assigned To : Nuffer, David <br> Assign. Date : 1/22/2020 <br> Description: |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about November 10, 2019, in the Central Division of the District of Utah,

DANIEL WAYNE SHAW,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a SCCY CPX-2 9mm handgun, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact

material to the lawfulness of such acquisition of the firearm, in that he falsely answered "no" on ATF form 4473 asking whether he had ever been convicted in any court of a misdemeanor crime of domestic violence, when, as he then knew, his answer was untrue; all in violation of 18 U.S.C. § 922(a)(6), and punishable pursuant to 18 U.S.C. § 924(a)(2).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney